UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION



**FILED**

Nov 09 2023

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY    s/ RodrigoContreras    **DEPUTY**

JEROME L. GRIMES,

        Plaintiff,

v.

1. OCEANSIDE CITY MUNICIPAL,

        (official capacity)

Defendant.

Civil Complaint No.:

**'23 CV2076 RBM MSB**

---

In Pro Se for Plaintiff

Jerome L. Grimes, B.A., & MBA,

PhD Doctoral Graduate Student

(On 'OPTIONAL TIME SPAN' Temporary Leave)

**VISITOR STATUS TEMPORARY MAILING ADDRESS:**

GENERAL DELIVERY,

Carlsbad, California 92008-9999

(928) 916-7582,
grofsf@aol.com

https://gf.me/u/4wi88t

In Pro Se, Plaintiff has PACER.gov "Access" in the event of any Mail Delivery issues.

Defendants' REGISTERED AGENT:

*Defendants' REGISTERED AGENT:*

Oceanside City Attorney,
300 N. Coast Hwy.,
Oceanside, California 92054

---

CIVIL COMPLAINT AND JURY DEMAND

---

COMPLAINT AND JURY DEMAND

Comes now Plaintiff JEROME L. GRIMES, B.A., & MBA, & PhD Doctoral Graduate Student at CU,

In Pro Se, and states and alleges as follows:

INTRODUCTION

The reprehensible actions of (OPD) Oceanside Police Department (the "DEFENDANT"): 3855

Mission Ave, Oceanside, CA 92058, and the utter indifference and lack of supervision of (OPD)

Oceanside Police Department (the "DEFENDANT"), have been making unjustifiable and horrifying

actions against the citizens, tourists, and motorists (i.e., the "PLAINTIFF") (e.g., public interest) for (3)

Three-years (**SEE:** Carlsbad Police Incident Report/CASE Number: **21006301**, **Sept. 21, 2023**), and

they have been tormenting the spirit and soul of the HEREIN Native-American-Indian/African-

American/Caucasian MIXED PhD Graduate Student (the "PLAINTIFF") Jerome L. Grimes, B.A., &

MBA, through the DEFENDANT'S "covert" blatant disregard of the PLAINTIFF'S Rights to Privacy,

as well as their "covert" blatant disregard of the Federal Laws and **Title VI** of the Federal School

Code, Civil Rights Law of **1964**, & **1968**, forbidding racial discrimination, intimidation without force

and fear, and covert plots to sabotage the PLAINTIFF'S rights to PhD graduate school without

economic espionage act violations with terror INTENT actions by the inter-state ***"Co-shills"*** of Ex-

police Officer: **"Nathan Johnson"**, *aka*; NATHANIEL JOHNSON-Case Number: **C86-5203**-

No.CA. (42 U.S.C. 2000d). And 4th & 6th -Amendments Rights violation of the PLAINTIFF'S right to

"automobile ownership, *vehicle TITLE ownership/acquisition*, and Out-of-State Vehicle Registration

2

without Automobile TITLE Intimidation by the Police Officer(s) (e.g., Police DISPATCH Officer) of Oceanside, California – Oceanside Police Department Records Department Supervisor, JODY COLEBROOK, (*aka*: Ms. Sanders), DISCOVERED THROUGH In Pro Se, Independent Investigation, who on **October 16, 2023**, Illegally REFUSED via Abuse of Her/Jody's Authority to allow the PLAINTIFF to "have the fees waived" for His **2001** Oldsmobile Intrigue automobile which was TOWED by the Oceanside Police DISPATCHES failure of duty of care and **verbal** negligence (i.e., supervisory negligence), and/or fraud (i.e., perjury) "for" AMOUNT of DAYS do ALL Motorists have to MOVE their Automobile WHEN AUTOMOBILE TOW WARNING RED-TAG is placed on motorists (the "PLAINTIFF'S") automobile mentioned-above (***SEE:*** Oceanside Police Dispatch Officer JANE DOE verbally on a recorded telephone line incident call number: **2300108590**, on **October 09, 2023**, at: **17:46:42-hours**/(*05:46 pm*) VERBALLY Informed the PLAINTIFF that He has **(3) Three-DAYS** to MOVE his automobile *AFTER* an Automobile TOW Warning RED-TAG has been PLACED on his automobile, which caused harm (e.g., financial harm; & permanent loss of PLAINTIFF'S automobile).

Remedy was exhausted on **October 11, 2023**, Wednesday, **October 13, 2023**, Friday, and **October 16, 2023**, Monday, when the PLAINTIFF personally went to the DEFENDANT'S RECORDS DEPARTMENT and spoke with several officers/employees: PABLO REYES, (*aka*: Mr. Yabarra), POLICE OFFICER RON VINCENT, *aka*: Mr. Jackmon), and SUPERVISOR: JODY COLEBROOK, (*aka*: Ms. Sanders), all whom denied the In Pro Se, Plaintiff's repeated pleas to check the Dispatch Audio Recording of: **October 09, 2023**, at **17:46 hours**. The Oceanside Police Department is vicarious liable for: JANE DOE'S negligent or malicious misinformation of: Telling the PLAINTIFF he has *3-days* to MOVE his automobile (VIN: **1G3WS52H62F140851, 2001**, Oldsmobile Intrigue) WHEN a Red-Tag Parking INTENT to Tow abandon *STARE DECISIS*, or unregistered automobiles IMMEDIATELY "alleged" by non-lawyers/(inside-jobbers) in violation of

3

the 4th-Amendment Rights, Rights to be Free from Illegal Seizure (i.e., Searches & Seizures) of Personal Private Property (**Automobile not retrieved**), Writings/(**coloring book product master blueprint/trade mark copy/UPC Barcode: 8 62292 00010 2 (July 31, 2021-GS1) contained in the automobile BUT retrieved**), and Effects (**Personal Bodily Fluids/Urinals & Spit Cups Highway Commute from Arizona-DMV -to- California-DMV, U.S. Constitution**).

PARTIES

1. Plaintiff JEROME L. GRIMES, B.A., & MBA, & PhD Doctoral Graduate Student (On Temporary Leave) is a natural person and American citizen residing in the State of Louisiana. He may be served through his Temporary Visitor Status Multi-jurisdiction GENERAL DELIVERY Mailing Address, listed above.

2. Plaintiff is a PhD Doctoral Graduate Student that received services of academic instructions from ONLINE Campus of NCU's Internet Portal (covert attempt to derail federal right to further PhD education with time robbery pre-text sabotage in commission of economic espionage act violation with terror INTENT).

3. Oceanside Police Department ("OPD") was and continues to be a city municipal and existing under the laws of the State of California.

4. OPD (Oceanside Police Department) has the duty, responsibility, and jurisdiction to RELEASE THE MOTORISTS' (the PLAINTIFF'S) Automobile from the *sub-contracted* Oceanside Police Tow & Storage doing business as: Roadone Towing and is therefore subject to Civil Rights Act of **1964**; & **1968**, Motorist While Black in Oceanside California, when the DEFENDANT'S Employee/DISPATCH/Female should have known -or- knew the RULES of Red-Tag Towed Vehicles by Oceanside Parking Enforcement & Oceanside Police Department. Under "no circumstances" can Oceanside Parking Enforcement RELEASE THE MOTORISTS' (the "PLAINTIFF'S") automobile. Making supervisory negligence or racial discrimination the variables

4

that caused the substantial financial loss to the PLAINTIFF, making the DEFENDANT vicariously liable.

5. The City of Oceanside, California ("City of Oceanside Municipal") is the governing body for City of Oceanside, 300 N. Coast Highway, Oceanside, California 92054, (760) 435-4500.

6. City of Oceanside is the governing body for the Oceanside Police Department are hereinafter collectively referred to as the MUNICIPAL City Government (i.e., City of Oceanside) DEFENDANT.

7. The Defendant's EMPLOYEE: (JANE DOE) (the "**10/09/2023**-Non-emergency Telephone Number DISPATCH Officer at: **05:46pm**"/Incident #: **2300108590**) was a natural person and is directed in Her official capacity at/through the (OPD) Oceanside Police Department (the "DEFENDANT"), and is holding the DEFENDANT vicariously liable for supervisory negligence of said OPD Employee/Telephonic DISPATCH Officer (JANE DOE) situated at the physical mailing address/facility of: 3855 Mission Avenue, Oceanside, California 92058, **(760) 435-4900**.

8. From approximately **2021 -to- 2022**, OPD Dispatch Officer, (JANE DOE) worked for Oceanside Police Officer in various positions and capacities (i.e., Incident Report Telephone Operator; 911 OPD Call Center Operator; & OPD & Parking Enforcement Automobile Tow Incident Report DISPATCH/Telephonic Verifier/Verification Officer).

JURISDICTION AND VENUE

9. This action is brought pursuant to **Title VI** of the Educational Amendments of the Federal School Code pursuant to the Civil Rights Act of **1964**, 42 U.S.C. § 2000d, et seq., and California law, in which it is asserted State Actors mentioned-above (i.e., employees of the DEFENDANT) utilized a

5

piece-meal intimidation without force and fear "attempt" at interference with the PLAINTIFF'S substantial federal right to further his PhD graduate school education, via the DEFENDANT'S sub-contracted third-party for the State of California (i.e., Roadone *Automobile* Towing *Service Provider*).

10. Plaintiff further invokes the supplemental jurisdiction of this Court, pursuant to 28 U.S.C. § 1367(a) to hear and decide all claims arising under California law that are so related to the claims within the original jurisdiction of this Court that they form part of the same case or controversy (i.e., State of Louisiana resident at: 440 Friendship Road, Homer, Louisiana 71040-place of residence & home based small business executive national office). Visitor Status in the State of California

11. The events giving rise to Plaintiff's Complaint occurred in San Diego County, California, which sits in the San Diego Division of the Southern District of California, thus venue in this Court is proper pursuant to 28 U.S.C. § 1391(b)(2).

## SUPERVISORY NEGLIGENCE; RACIAL DISCRIMINATION; FRAUD (STATE ACTORS' FAILURE OF DUTY OF CARE); 4TH AMENDMENT RIGHTS TO BE FREE FROM ILLEGAL SIEZURE OF PERSONAL PRIVATE PROPERTY (AUTOMOBILE), PURSUANT U.S. CONSTITUTION (STARE DECISIS)

12. Plaintiff realleges and incorporates by reference the foregoing paragraphs as though fully reproduced herein.

13. At all relevant times, OPD (Oceanside Police Department), maintained a Records Department that had dominion over the RELEASE of all Towed Automobiles, and at no times did Oceanside Parking Enforcement have that duty, responsibility, or power to RELEASE Towed Automobiles

6

from the Oceanside Police impound Third-Party: ROADONE TOWING, INC., automobile towing & storage yard (State Actors'/OPD's Duty of Care).

14. At all relevant times, OPD (i.e., OCEANSIDE POLICE DEPARTMENT Defendant), were acting under color of law, specifically under color of statutes, ordinances, regulations, policies, customs, and usages of the State of California or OPD.

15. At all relevant times, JODY COLEBROOK, (*aka*: Ms. Sanders), was acting in the scope of her employment or agency with OPD.

16. In **2021**, Jerome L. Grimes, B.A., & MBA, suffered an Unconstitutional **$2,000.00**-Automobile (e.g., Self-employment launch of FSF 501(c)(3)-company vehicle; In Pro Se, Mobile Unit, and temporary shelter inter-state branding & marketing in pauper status illegally induced (intimidated into existence) by DEFENDANT'S sub-contractors, employees, or both considered DIESEL Truck Tow Truck TRANSPORTATION Vehicle Patrol Car Employment Personnel in the Hemet of Riverside County -to- Oceanside of San Diego County, California (i.e., 59.6-miles from Hemet, California).

17. During the PLAINTIFF'S **October 09, 2023**, Telephonic Call to dispatch non the Oceanside EXTERIOR Police department FREE Landline Telephone for after-hours usage the DEFENDANT'S employee with or without malice told false and intimidating information resulting in the **October 10, 2023**-permanent loss of the PLAINTIFF'S automobile **2001** Oldsmobile Intrigue (i.e., DISPATCH Officer of OPD & OPD's Towed Automobile RELEASE Agent verbally on a recorded telephonic line said that the PLAINTIFF had 3-DAYS which lulled the PLAINTIFF and the car was TOWED the very next day instead of immediately moved if necessary.

18. PLAINTIFF for the said day of the telephonic conversation (RECORDED INCIDENT NUMBER: **2300108590**), had no reason to doubt Non-Native-American Decent: OPD's Telephonic

DISPATCH Officer (JANE DOE) as OPD represented her to be a reputable, ethical, and trustworthy OPD Employee.

25. Plaintiff did not know that He (the "PLAINTIFF") was either being a pre-textual intimidated victim from automobile **2001** Oldsmobile Intrigue OWNERSHIP or a victim of Racial Discrimination while Automobile Parking Violation RED-TAG While Black (i.e., Native American Indian/African-American MIXED Decent).

26. OPD's Telephonic DISPATCH Officer and her/(JANE DOE's) ***"Co-workers"*** are all Non-Native American Indian Decent (i.e., Non-African-American Decent) and their **October 09, 2023**, conduct and actions taken against PLAINTIFF constituted racial discrimination, psychological abuse, and psychological intimidation, and was undertaken for (JANE DOE's) (the "OPD Employee") conspired racial discrimination agenda, and/or incompetence via SUPERVISORY NEGLIGENCE, discovered through In Pro Se, Independent Investigation.

27. Sovereign immunity exists for the governmental agencies but does not extend to their subordinates who commit acts that a reasonable person would not commit against citizens and tourist (1st Amendment/Art. I of the California Constitution and U. S. Constitution, which it is assert by the In Pro Se, Plaintiff-Present-10/09/2023, the DAY BEFORE the unconstitutional Automobile TOW after State Actor Perjury -or- Incompetence holding the DEFENDANT vicariously liable to grant relief for which relief can be granted (i.e., monetary equivalent of the substantial financial los to the In Pro Se, Plaintiff's MOBILE UNIT/In Pro Se, Mobile Unit/PhD Graduate School TRANSPORTATION Vehicle/Self-employment as Founder/Chief Administrator of (FSF) Futuristic Safety First a 501(c)(3) Nonprofit Organization Semi-Company Vehicle (nonprofit status self-employment viewable at irs.gov), discovered through In Pro Se, Independent Investigation.

SEE SOMETHING SAY SOMETHING.

8

28. 2001 Oldsmobile Intrigue OWNER (the "PLAINTIFF") Jerome L. Grimes certifies that he (the "PLAINTIFF") has been temporarily rendered homeless visitor status by the DEFENDANT'S sub-contractor's (ROAD ONE TOWING's) "Co-shills" who stalked the PLAINTIFF and committed automobile tampering equal to catalytic converter grand theft to cause the PLAINTIFF'S automobile to be parked temporarily while being intimidated by Smog Certification *"Co-shills"* and Oceanside DMV's *"Co-shills"* intimidation of a separate but extension of this lawsuit via piece-meal GRAFT of automobiles for auction in abuse of authority by ROGUE Tow Truck DIESEL Truck Drivers mand their State Actor-DMV "Co-shills" of the Rogue DIESEL Truck Tow Truck Drivers (i.e., **Post-02/26/1993** & **Post-07/21/2023**-Covert TRANSPORTATION Vehicle Industry Terror against motorists, citizens, and tourists, discovered through In Pro Se, Independent Investigation (***SEE***: Decedent's Automobile OWNERSHIP Registration Official Governmental Records of COINCIDENTAL change of ownership and/or automobile auctions via DIESEL Tow Truck Driver *"NYC-Connection/ 300-mile radius to the WTC"* -to- **02/26/1993**-Prime Female & Male Employee-Suspects employed at: Road One Towing inter-state from (NYC) New York City -to- Oceanside, California, & Millbrae, California, discovered through In Pro Se, Independent Investigation (**SEE: Road One Employee's** W-2 Forms and State of New York, NYC's Automobile Towing Service Providers W-2 Forms "and" Automobile Auctions' Employee's W-2 Forms such as: **Manheim Automobile Auction** of NYC, New York; Fontana, California; San Mateo County, California, and Ocoee, Florida).

SEE SOMETHING SAY SOMETHING (An Nur/Theology/Trinity)

DAMAGES

29. Plaintiff realleges and incorporates by reference the foregoing paragraphs as though fully reproduced herein (*Haines -v.- Kerner*, 404 U.S. 519-21 (**1972**): In Pro Se, Filers' pleadings are to be construed liberally because they are not represented by an attorney.).

9

30. As a direct and/or proximate result of DEFENDANT'S actions and/or inactions stated above, Plaintiff suffered discomfort and continues to suffer pain of mind and body, shock, emotional distress, physical manifestations of emotional distress, embarrassment, loss of self-esteem, disgrace, fright, grief, humiliation, loss of trust, and enjoyment of life, was prevented and will continue to be prevented from performing daily activities and obtaining the full enjoyment of life, extended temporary homelessness, and interference with PhD Graduate School making homework and dissertation study a hardship rather that a therapeutic event, and has sustained and continues to sustain loss of earnings and earning capacity (i.e., loss of GRANT WRITING Man-hours/WORK for FSF nonprofit organization as Chief Administrator/Treasurer in the startup fundraising phase.

31. The conduct, actions and/or inactions of DEFENDANT as alleged in the above stated counts and causes of action constitute violations of Plaintiff's Constitutional and Federal rights, as well as the common and/or statutory laws of the State of California (Stare Decisis), and the United States District Court has jurisdiction to hear and adjudicate said claims.

32. In whole or in part, as a result of some or all of the above actions and/or inactions of DEFENDANT, Plaintiff has and continues to suffer irreparable harm as a result of the violations.

33. The amount in controversy exceeds the jurisdictional minimum of $75,000.00 (i.e., **$400,000.00**).

34. SUM Certain: **$400,000.00** (Four Hundred Thousand Dollars).

35. PRAYER FOR RELIEF WHEREFORE, Plaintiff prays this Court and the finder of fact to enter a Judgment in PLAINTIFF'S favor against all named DEFENDANT on all counts and claims as indicated above in an amount consistent with the proofs of trial, and seeks against DEFENDANT all appropriate damages arising out of law, equity, and fact for each and/or all of the above counts where applicable, and hereby requests that the trier of fact, be it judge or jury, award PLAINTIFF all applicable damages, including but not limited to compensatory, special, exemplary, and/or

10

punitive damages, in whatever amount the PLAINTIFF is entitled, and all other relief arising out of law, equity, and fact, also including, but not limited to:

(A) Compensatory damages in an amount to be determined as fair and just under the circumstances, by the trier of fact including, but not limited to, loss of more than 30-days of TRANSPORTATION Vehicle Personal Private Property (permanent loss because the PLAINTIFF could not afford the Towing & STORAGE Fees and the DEFENDANT'S State Acting Employees refused the PLAINTIFF'S repeated pleas for the return of the said automobile with a WAIVER of FEES (Duty of Care), loss of self-employment earnings, mental anguish, anxiety, humiliation loss of trust, lost time for dissertation that was disrupted by the DEFENDANT'S interference and illegal economic espionage crimes with terror INTENT discovered through In Pro Se, Independent Investigation, and damages should include but not be limited to embarrassment, violation of PLAINTIFF'S Constitutional, Federal Title VI, and State rights to further his education without covert intimidation with or without force and fear, loss of social pleasure and enjoyment, and other damages to be proved;

(B) Punitive and/or exemplary damages in an amount to be determined as reasonable or just by the trier of fact;

(C) Reasonable reimbursement of fees incurred to bring suit, interest, and costs; and

(D) Other declaratory, equitable, and/or injunctive relief, including, but not limited to, implementation of institutional reform and measures of accountability to ensure the safety and protection of the minds and constitutional rights to further the education of Native-American Indian Decent, African-American Decent, Native-American Indians/African-American Mixed Decent, and Other students decent (the "PLAINTIFF"), and other individuals (the "PLAINTIFF"), as appears to be reasonable and just.

JURY DEMAND

) (

Plaintiff demands a jury on all matters so triable.

Respectfully submitted,

s/JEROME L. GRIMES   11/07/23

Jerome L. Grimes, B.A., & MBA, &
PhD Doctoral Graduate Student at CU
And,
In Pro Se for Plaintiff,
And,
Chief Administrator of:
(FSF) Futuristic Safety First
(*501c3 Nonprofit Organization*)

Jerome L. Grimes
440 Friendship Road
Homer, Louisiana 71040
Home Based Small Business Executive
National Office Site
SEE TEMPORARY MAILING ADDRESS
ABOVE

12 Plus (3) THREE— Exhibits

Grimes —V.— Oceanside Municipal

In ProSe, Plaintiff's — Exhibit 1

GRimes-v.- Oceanside Municipal,

## City of Oceanside
## Parking Enforcement
### Citation: OCE030040427

```
Location : 3052 INDUSTRY ST
Plate    :        State : CA
VIN      : 1G3WS52G62F140851
Expire   : 09/2022
Make     : OLDSMOBILE
Model    : INTRIGUE
Body     : 4 DOOR
Color    : GOLD
```

**Violation 1:**
REGISTRATION EXPIRED
```
Code     : CVC 4000(A)(1)
Amount   : $83.00
```

**Violation 2:**
NO LICENSE PLATE ON VEHICLE
```
Code     : CVC 5200 (A)
Amount   : $58.00
```

### *** TOTAL FINE: $141.00 ***

Comments:
EXPIRED REGISTRATION *** CAN BE
TOWED ANYTIME *** . PHOTOS TAKEN

**PLEASE SEE REVERSE FOR INSTRUCTIONS**

```
Issued  : 10/09/2023 9:06 AM
Officer : 9403
```

For information or to apply for INDIGENT
(LOW-INCOME) PAYMENT INSTALLMENTS call
1-800-989-2058 or visit
http://oceanside.citationinfo.com within 120 days
from the issuance of a notice of parking violation
or within 10 days after an administrative hearing
determination. (CVC 40220)

Plaintiff's - Exhibit # 1

GRIMES -v.- Oceanside Municipal

In Pro Se, Plaintiff's - Exhibit #: 2

# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **2300108590**
Case Numbers:
Incident Date: **10/9/2023 17:46:42**
Report Generated: **10/13/2023 15:48:13**

## Incident Information

| | | | |
|---|---|---|---|
| **Incident Type:** | 1 Unit Response | **Alarm Level:** | |
| **Priority:** | P4 Routine Calls for Service | **Problem:** | CTCRP Contact RP |
| **Determinant:** | | **Agency:** | Oceanside Police |
| **Base Response#:** | | **Jurisdiction:** | City of Oceanside Police |
| **Confirmation#:** | 10092023-0108530 | **Division:** | SECTOR 2 |
| **Taken By:** | Williams, Sarah L | **Battalion:** | 05 |
| **Response Area:** | RD 012-5 | **Response Plan:** | 1 UNIT RESPONSE |
| **Disposition:** | NOT DISPATCHED | **Command Ch:** | |
| **Cancel Reason:** | Not dispatched | **Primary TAC:** | |
| **Incident Status:** | Closed | **Secondary TAC:** | |
| **Certification:** | | **Delay Reason (if any):** | |
| **Longitude:** | 117330646 | **Latitude:** | 33199575 |

## Incident Location

| | | | |
|---|---|---|---|
| **Location Name:** | **PARKING VIA 1021** | **County:** | San Diego |
| **Address:** | 1505 El Camino Real | **Location Type:** | TRAIN STATION |
| **Apartment:** | | **Cross Street:** | INDUSTRY ST/SKYLINE DR |
| **Building:** | | **Map Reference:** | |
| **City, State, Zip:** | Oceanside CA 92054 | | |

## Call Receipt

| | | | |
|---|---|---|---|
| **Caller Name:** | JEROME GRIMES | | |
| **Method Received:** | | **Call Back Phone:** | 928-916-7582 |
| **Caller Type:** | | **Caller Location:** | |
| **Caller Address:** | | **Caller Location Phone:** | 928-916-7582 |
| **Caller Building:** | | **Caller Apartment:** | |
| **Caller City, State, Zip:** | | **Caller County:** | |

## Time Stamps / Elapsed Times

| Description | Date | Time | User | Description | Time |
|---|---|---|---|---|---|
| **Phone Pickup** | 10/9/2023 | 17:45:40 | | | |
| **1st Key Stroke** | 10/9/2023 | 17:45:43 | | **Received to In Queue** | 00:00:00 |
| **In Waiting Queue** | 10/9/2023 | 17:46:42 | | **Call Taking** | 00:02:41 |
| **Call Taking Complete** | 10/9/2023 | 17:49:23 | Williams, Sarah L | **In Queue to 1st Assign** | |
| **1st Unit Assigned** | | | | **Call Received to 1st Assign** | |
| **1st Unit Enroute** | | | | **Assigned to 1st Enroute** | |
| **1st Unit Arrived** | | | | **Enroute to 1st Arrived** | |
| **Closed** | 10/9/2023 | 17:49:23 | Williams, Sarah L | **Incident Duration** | 00:03:43 |

## Resources Assigned
**No Resources Assigned**

## Personnel Assigned
**No Personnel Assigned**

## Caution Notes
**No Caution Notes found**

## Pre-Scheduled Information
**No Pre-Scheduled Information**

<span style="color:red">RELEASED PER
GOVERNMENT CODE
7923.600</span>

## Transports
**No Transports Information**

## Transport Legs
**No Transports Information**

## Comments

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 10/9/2023 | 17:46:34 | SLW | Response | | [1] PARKED ON INDUSTRY |
| 10/9/2023 | 17:47:06 | SLW | Response | | [2] RP HAS QUESTIONS FOR PARKING ENFORCEMENT REF HIS VEH BEING TAGGED ,,,,VIA 1021 |
| 10/9/2023 | 17:49:06 | SLW | Response | | [3] NO RESP FROM VICTOR UNITS |
| 10/9/2023 | 17:49:12 | SLW | Response | | [4] ON 1021 TO RP -- STRAIGHT TO VM |

## Address Changes
**No Address Changes**

## Priority Changes

*GRIMES - V. - Oceanside Municipal* (handwritten, right margin)

*Plaintiff's - Exhibit #2* (handwritten)

GRIMES — V. — Oceanside Municipal

In Pro Se, Plaintiff's — Exhibit #: 3

# FSF

# (FSF) Futuristic Safety First

(*FSF*) Futuristic Safety First's, National; San Diego; San Bernardino; & Los Angeles Metropolitan Area Projects.

Amount Of Funds To Be Fundraised:

GOAL:

**Homeless Project Fundraising: Not fraud.**

**K-12 Project: $7,000.00 needed.**

**Probationers Population Project: $7,000.00 needed.**

**Prisoner Population Project: $7,000.00 needed.**

**Homeless Population Project: $7,000.00 needed.**

**SUM Total: $28,000.00 "NEEDED".**

A donations of "Only" **$10.00** helps FSF help the homeless tent population, helps the K-12 school population, and helps the probationers/prisoners population become small business literate for FREE, and the donations are 100% tax deductible with no obligation to make future donations.

FSF's GoFundMe: https://gf.me/u/4wi88t

All donations "must" send a charitable donation verification Email to: grofsf@yahoo.com, for FSF's internal control 990-accounting.

With all this in mind, will you give <u>10, 50, 100, 500, 1,000, 5,000</u>, even as much as <u>10,000-</u>dollars or more to support the (FSF) Futuristic Safety First's national and global homelessness crisis projects today?

"ALL" charitable contributions are tax deductible. (928) 916-7582

*"ALL" charitable contributions and computers given are tax deductible.*

*COMPUTER DONATION CAMPAIGN*
*(928) 916-7582*
*FREE Computer pick-up!!!*

*Grimes-v.-Oceanside Municipal*

Plaintiff's - Exhibit 3